PETER PETERSON, PLAINTIFF, v. REBECCA KRINICK AND HARRY KRINICK, DEFENDANTS.

Submitted May term, 1929—Decided December 21, 1929.

Before Justices Trenchard, Lloyd and Case.

For the plaintiff, *Coult, Satz & Tomlinson.*

For the defendants, *Turner & Stalter.*

Per Curiam.

This is an application for rule to show cause why a new trial should not be granted on the ground that the verdict was excessive. An examination of the proofs and the arguments leads us to the conclusion that a rule to show cause should issue. Let it issue accordingly.